```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CV-01475 GEB/EFB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION FOR STAY OF |
| v. ) | FURTHER PROCEEDINGS AND |
| ) | ORDER THEREON [PROPOSED] |
| APPROXIMATELY $46,500.00 IN ) | |
| U.S. CURRENCY ) | |
| ) | |
| Defendant. ) | |

Plaintiff United States of America, and claimant John Steve Lindsey, by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings for a period of three (3) months or pending the outcome of a criminal case now pending against claimant in Butte County Superior Court. This stipulation is based on the following:

1. Pursuant to 18 U.S.C. §§ 981(g)(1), (g)(2) and 21 U.S.C. § 881(i) the parties suggest that a stay of further proceedings in this case is appropriate. The United States contends that the defendant currency is the proceeds of drug

trafficking and is forfeitable to the United States. Claimant claims that the funds are innocently owned. The United States intends to depose claimant about the claim he filed, the source of the funds, and the facts surrounding the seizure of the defendant currency. If discovery proceeds, claimant would be placed in the difficult position of either invoking his Fifth Amendment right against self-incrimination and possibly losing the ability to protect his interest in the defendant property, or waiving his Fifth Amendment rights and submitting to depositions in the pending criminal matter. If claimant invokes his Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for his claim and the defenses raised in his Answer.

    2. In addition, claimant intends to depose law enforcement officers who were involved in the investigation of the stabbing of claimant's domestic partner that led to claimant's arrest and the search of his vehicle from which 10 pounds of processed marijuana and a briefcase were seized. Local officers obtained a search warrant for the briefcase and ultimately seized the defendant currency from the briefcase. Allowing depositions of these officers might adversely affect the ability of the local officers to conduct their prosecution.

    3. Accordingly, the parties contend that proceeding with this action at this time has potential adverse affects on the prosecution of the related criminal case and/or upon claimant's ability to prove his claim to the property and to contest the government's allegations that the property is forfeitable. For these reasons, the parties request that this matter be stayed for

a period of three (3) months to December 15, 2008.  At that time the parties will advise the Court whether a further stay is necessary.

DATED: September 17, 2008      McGREGOR W. SCOTT
                               United States Attorney

                         By:   /s/ Kristin S. Door
                               KRISTIN S. DOOR
                               Assistant U.S. Attorney
                               Attorneys for plaintiff
                               United States of America


DATED:  September 17, 2008     /s/ David M. Michael
                               DAVID M. MICHAEL
                               Attorneys for claimant
                               John Steven Lindsey

### ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until January 20, 2009 at 9:00 a.m. for a further status conference. The parties will advise the court at least fourteen (14) days prior to January 20, 2009,  whether a further stay is necessary or, alternatively, file a Joint Status Report no later than fourteen (14) days prior to the scheduled status conference.

The scheduling conference scheduled for September 29, 2008, is hereby vacated.

IT IS SO ORDERED.

Dated: September 18, 2008

                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge