```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6
```

|   |   |
|---|---|
| 7 | IN THE UNITED STATES DISTRICT COURT |
| 8 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | 2:08-CV-01475 GEB/EFB |
| 11 | Plaintiff, ) ) | STIPULATION TO EXTEND STAY OF |
| 12 | v. ) ) | FURTHER PROCEEDINGS AND ORDER THEREON |
| 13 | APPROXIMATELY $46,500.00 IN ) U.S. CURRENCY ) | |
| 14 | ) | |
| 15 | Defendant. ) ) | |

Plaintiff United States of America and claimant John Steve Lindsey, by and through their respective counsel, hereby stipulate that an extension of the stay previously entered in this case on September 19, 2008, is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings for an additional three (3) months. The criminal case pending against claimant in Butte County Superior Court is still pending, and claimant's counsel is hopeful that the case will be concluded within three months.

This stipulation is based on the above information and the Stipulation for Stay of Further Proceedings previously submitted on September 17, 2008.

| | | |
|---|---|---|
| DATED: January 5, 2009 | | LAWRENCE G. BROWN<br>Acting United States Attorney |
| | By: | /s/ Kristin S. Door<br>KRISTIN S. DOOR<br>Assistant U.S. Attorney<br>Attorneys for plaintiff<br>United States of America |
| DATED: January 5, 2009 | | LAW OFFICES OF DAVID M. MICHAEL |
| | By: | /s/Edward M. Burch<br>Edward M. Burch<br>Attorneys for claimant<br>John Steven Lindsey |

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until April 27, 2009 at 9:00 a.m. for a further status conference. The parties will advise the court at least fourteen (14) days prior to April 27, 2009, whether a further stay is necessary or, alternatively, file a Joint Status Report no later than fourteen (14) days prior to that status conference date.

The scheduling conference scheduled for January 20, 2009, is hereby vacated.

IT IS SO ORDERED.

Dated:   January 7, 2009

GARLAND E. BURRELL, JR.
United States District Judge

2