```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:08-CV-01475 GEB/EFB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO EXTEND STAY OF |
| v. | ) FURTHER PROCEEDINGS AND |
| | ) ORDER THEREON [PROPOSED] |
| APPROXIMATELY $46,500.00 IN | ) |
| U.S. CURRENCY | ) DATE: April 27, 2009 |
| | ) TIME: 9:00 a.m. |
| Defendant. | ) COURT: 10 |

Plaintiff United States of America and claimant John Steve Lindsey, by and through their respective counsel, hereby stipulate that an extension of the stay previously entered in this case on January 7, 2009, is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings until June 15, 2009.

This request is based on the following:

1. On April 7, 2009, counsel for the government spoke with Butte County Deputy District Attorney Stacey Edwards. Ms. Edwards advised counsel that the following dates have been set in the prosecution of claimant herein, John Lindsey:

    a. April 16, 2009: settlement conference.

1

1        b.   May 20, 2009: readiness conference.
2        c.   June 1, 2009: jury trial.
3        2.   Ms. Edwards expects that this case will go to trial as
4   scheduled, and that the trial will take approximately five court
5   days.  Assuming claimant Lindsey is convicted, he would be
6   sentenced within 20 days unless he waives time.
7        3.   Accordingly, the parties request that the status
8   conference now scheduled for April 27, 2009, be continued to June
9   15, 2009.  If the state prosecution has not concluded by that
10  time, the parties will so advise the Court 14 days prior to the
11  status conference and will request a further stay, if the parties
12  deem such a further stay appropriate.  If the case has concluded,
13  the parties will submit a joint status (pretrial scheduling)
14  report.

DATED: April 9, 2009                LAWRENCE G. BROWN
                                    Acting United States Attorney

                               By:  /s/ Kristin S. Door
                                    KRISTIN S. DOOR
                                    Assistant U.S. Attorney
                                    Attorneys for plaintiff
                                    United States of America


DATED: April 9, 2009                LAW OFFICES OF DAVID M.
                                    MICHAEL

                               By:  /s/ David M. Michael
                                    David M. Michael
                                    Attorneys for claimant
                                    John Steven Lindsey

                                    (Original signature retained
                                    by AUSA Door)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until June 15, 2009, at 9:00 a.m. for a further status conference. The parties will advise the court at least fourteen (14) days prior to June 15, 2009, whether a further stay is necessary or, alternatively, will file a Joint Status Report no later than fourteen (14) days prior to the status conference date.

The scheduling conference scheduled for April 27, 2009, is hereby vacated.

IT IS SO ORDERED.

Dated: April 15, 2009

GARLAND E. BURRELL, JR.
United States District Judge