1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:08-CV-01475 GEB/EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO EXTEND STAY OF |
| v. | ) | FURTHER PROCEEDINGS AND |
| | ) | ORDER THEREON [PROPOSED] |
| APPROXIMATELY $46,500.00 IN | ) | |
| U.S. CURRENCY | ) | DATE: June 15, 2009 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | COURT: 10 |

Plaintiff United States of America and claimant John Steve Lindsey, by and through their respective counsel, hereby stipulate that an extension of the stay previously entered in this case on January 7, 2009, is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings until July 13, 2009.

This request is based on the following:

1. On June 1, 2009, counsel for the government spoke with Butte County Deputy District Attorney Stacey Edwards. Ms. Edwards advised that claimant has pled guilty to state spousal abuse charges and to an enhancement for using a weapon, and has stipulated to a four year prison term. Sentencing is now

1

scheduled for June 4, 2009.

    3.   Accordingly, the parties request that the status conference now scheduled for June 15, 2009, be continued to July 13, 2009. The parties will submit a joint status (pretrial scheduling) report at that time if they are not able to resolve this action.

DATED: June 1, 2009                    LAWRENCE G. BROWN
                                     Acting United States Attorney

                                By:   <u>/s/ Kristin S. Door</u>
                                      KRISTIN S. DOOR
                                      Assistant U.S. Attorney
                                      Attorneys for plaintiff
                                      United States of America

DATED: June 1, 2009                      LAW OFFICES OF DAVID M. MICHAEL

                                By:   <u>David M. Michael</u>
                                      David M. Michael
                                      Attorneys for claimant
                                      John Steven Lindsey

                                      (Original signatures retained by AUSA Door)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until July 13, 2009, at 9:00 a.m. for a further status conference. The parties will advise the court at least fourteen (14) days prior to July 13, 2009, whether a further stay is necessary or, alternatively, will file a Joint Status Report no later than fourteen (14) days prior to the status conference

2

1  date.
2      The scheduling conference scheduled for June 15, 2009, is
3  hereby vacated.
4
5  IT IS SO ORDERED.
6  Dated:  June 1, 2009

GARLAND E. BURRELL, JR.
United States District Judge