```
BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $46,500.00 IN<br>U.S. CURRENCY<br><br>    Defendant. | 2:08-CV-01475 GEB/EFB<br><br>APPLICATION TO ALLOW PLAINTIFF<br>TO DEPOSE CLAIMANT JOHN STEVEN<br>LINDSEY AND ORDER |

Plaintiff United States of America respectfully states:

1.  The United States seeks to forfeit the above-described assets pursuant to 21 U.S.C. § 881(a)6) on the ground that the currency is the proceeds of drug trafficking.

2.  John Steven Lindsey filed a claim to the defendant property alleging he obtained the property from legitimate sources. He also filed an Answer to the Verified Complaint for Forfeiture in which he denied the plaintiff's allegations and raised affirmative defenses.

3.  Deposing claimant Lindsey is necessary in this case in order to examine his claim that the defendant currency was not derived from drug trafficking.

1    4.  Claimant Lindsey's birth date is October 4, 1964, and
2  his prison identifier is G60061.
3    5.  Claimant is represented by counsel who will attend the
4  deposition and advise claimant as he deems appropriate.
5    6.  The deposition will be taken on February 9, 2010,
6  commencing at 10:00 a.m. at California State Prison-Solano, 2100
7  Peabody Road, Vacaville, California 95696.  The deposition will
8  be limited to one day of seven hours absent further order of this
9  court.
10   WHEREFORE, plaintiff requests that the Court issue an order
11 authorizing the plaintiff United States of America to take the
12 deposition of John Steven Lindsey pursuant to Rule 30(a)(2)(B) of
13 the Federal Rules of Civil Procedure.
14 DATED: January 4, 2010            BENJAMIN B. WAGNER
                                     United States Attorney
15
16                            By:  /s/ Kristin S. Door
                                     KRISTIN S. DOOR
17                                   Assistant U.S. Attorney
                                     Attorneys for plaintiff
18                                   United States of America
19
20                               ORDER
21   Having considered the foregoing Application and the matters
22 stated therein, IT IS HEREBY ORDERED that, pursuant to Federal
23 Rule of Civil Procedure 30(a)(2)(B), plaintiff United States of
24 America will be permitted to take the deposition of claimant John
25 Steven Lindsey upon oral examination on February 9, 2010, at
26 California State Prison-Solano, 2100 Peabody Road, Vacaville,
27 ///
28 ///

1 California 95696, commencing at 10:00 a.m.[1]  The deposition will
2 be limited to one day of seven hours absent further order of this
3 court.
4 IT IS SO ORDERED.
5 DATED: January 5, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] On January 5, 2010, the undersigned's courtroom deputy received an email from plaintiff's counsel in this action indicating that she had discussed the proposed date (February 9, 2010) with claimant's attorney "and he is available on that date, and the prison has a conference room available on that date."

3