IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | |
|     Plaintiff, | No. 2:08-cv-1475 GEB EFB |
| vs. | |
| Approximately $46,500.00, et al., | |
|     Defendants. | ORDER |

      The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to refer this case to back to the Honorable Edward F. Brennan, U.S. Magistrate Judge, for any further proceedings which may be appropriate or required.

DATED: February 9, 2010

                            /s/ Kendall J. Newman
                            KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE

46500.rec